UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

# GENERAL ORDER 19-0026

The Honorable Mary M. Rowland has been confirmed as a United States District Judge for the Northern District of Illinois; therefore

It is hereby ordered that all previously pending cases and referrals before the Honorable Mary M. Rowland as a U.S. Magistrate Judge are to be reassigned to the remaining magistrate judges of the Eastern Division as indicated on the attached list; and

It is also ordered cases where Honorable Mary M. Rowland was the designated magistrate judge and require further action, the Clerk shall randomly assign the matter to another magistrate judge of the Eastern Division.

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 22nd day of August, 2019

**Civil Consent Cases Reassigned to Magistrate Judge Cole**

| | |
|---|---|
| 1:18-cv-07074 | Madera v. Saul |
| 1:19-cv-00927 | Green v. Saul |
| 1:19-cv-02392 | Steele v. Saul |
| 1:19-cv-03087 | Edmond v. Saul |

**Civil Consent Cases Reassigned to Magistrate Judge Cox**

| | |
|---|---|
| 1:18-cv-05911 | Aseltine v. Firstform Inc. et al |
| 1:19-cv-00554 | Hamilton v. Loancare, LLC |
| 1:19-cv-01836 | Williams v. Saul |
| 1:19-cv-02744 | Young v. Saul |

**Civil Consent Cases Reassigned to Magistrate Judge Cummings**

| | |
|---|---|
| 1:18-cv-01980 | Griffin v. Velez et al |
| 1:18-cv-08486 | Phillips v. Saul |
| 1:19-cv-01617 | Haisler v. Saul |
| 1:19-cv-02667 | Bakrins v. Saul |
| 1:19-cv-03739 | Alba, Jr. v. Saul |

**Civil Consent Cases Reassigned to Magistrate Judge Finnegan**

| | |
|---|---|
| 1:18-cv-08190 | Edwards v. Saul |
| 1:19-cv-00928 | Richardson v. Saul |
| 1:19-cv-02428 | Andrist v. Honeywell International, Inc. et al |
| 1:19-cv-03125 | Edenhofer v. Saul |

**Civil Consent Cases Reassigned to Magistrate Judge Fuentes**

| | |
|---|---|
| 1:16-cv-08813 | DiCosala v. Subaru of Schaumburg, Inc. |
| 1:18-cv-08322 | Moshi v. Saul |
| 1:19-cv-01475 | Grayson v. Saul |
| 1:19-cv-02601 | Wiley v. Saul |
| 1:19-cv-03455 | Omar v. Saul |

**Civil Consent Cases Reassigned to Magistrate Judge Gilbert**

| | |
|---|---|
| 1:18-cv-06121 | Sadakhom v. Saul |
| 1:19-cv-00695 | Stahl v. Saul |
| 1:19-cv-01883 | Ellis v. Saul |
| 1:19-cv-02806 | Cobb v. Saul |

**Civil Consent Cases Reassigned to Magistrate Judge Harjani**

1:18-cv-06869	Siwek v. Saul
1:19-cv-00760	Antoine v. Saul
1:19-cv-02021	Williams v. Saul
1:19-cv-02837	Sibert v. Saul

**Civil Consent Cases Reassigned to Magistrate Judge Kim**

1:18-cv-03186	Tarnow v. Commissioner of Social Security
1:18-cv-08534	Regard v. Saul
1:19-cv-01834	Johnson v. Saul
1:19-cv-02708	Muntean v. Saul

**Civil Consent Cases Reassigned to Magistrate Judge Schenkier**

1:15-cv-06422	Black v. Old Country Buffet
1:19-cv-00939	Gregory v. HC Joliet, LLC
1:19-cv-02494	White v. Saul
1:19-cv-03223	Ryba v. Saul

**Civil Consent Cases Reassigned to Magistrate Judge Valdez**

1:16-cv-06132	Laborers' Pension Fund et al v. Galomex Corporation et al
1:18-cv-08285	Swan v. Saul
1:19-cv-01420	Goggin v. Saul
1:19-cv-02568	McDermott v. Saul
1:19-cv-03412	Ward v. Saul

**Civil Consent Cases Reassigned to Magistrate Judge Weisman**

1:15-cv-11824	Gosling v. Stow et al
1:18-cv-08251	Garcia v. Saul
1:19-cv-01298	LaFortune v. Sfasciotti
1:19-cv-02553	David v. Saul
1:19-cv-03292	Sawyer v. Saul

**Civil Referral Cases Reassigned to Magistrate Judge Cole**

| | | |
|---|---|---|
| 1:15-cv-06133 | Specialty Earth Sciences, LLC v. Carus Corporation | Wood |
| 1:17-cv-03745 | Greenwood v. Nationwide Mutual Insurance Company | Alonso |
| 1:18-cv-01499 | Monroe v. Jewel Osco | Dow |
| 1:18-cv-06504 | Perea v. Portfolio Recovery Associates, LLC | Tharp |
| 1:18-cv-08095 | Flowers-Anderson v. United States of America | Tharp |
| 1:19-cv-00582 | White v. Fidelity Brokerage Services LLC | Alonso |
| 1:19-cv-02471 | Goodman v. Cortese et al | Pallmeyer |

**Civil Referral Cases Reassigned to Magistrate Judge Cox**

| | | |
|---|---|---|
| 1:17-cv-04839 | Stevenson et al v. City of Chicago et al | Durkin |
| 1:17-cv-05345 | Arrington v. City of Chicago, Illinois et al | |
| 1:18-cv-01649 | Barnes v. Tatonchi | Alonso |
| 1:18-cv-05157 | Giannotti v. Hot Water 911 Corporation et al | Kocoras |
| 1:18-cv-06563 | Beckman Coulter Inc. v. Sysmex America Inc. et al | Lee |
| 1:18-cv-08238 | Hatamleh v. Rush University Medical Center | Feinerman |
| 1:19-cv-00732 | Benavidez v. Walmart, Inc. | Aspen |
| 1:19-cv-02862 | Lee v. Rogers et al | Feinerman |

**Civil Referral Cases Reassigned to Magistrate Judge Cummings**

| | | |
|---|---|---|
| 1:13-cv-04531 | Perez v. City of Chicago, et al. | Dow |
| 1:16-cv-09574 | Cabrera et al v. United States of America et al | Coleman |
| 1:17-cv-07368 | Ratchford et al v. AEG Ventures, LLC | Lee |
| 1:18-cv-03706 | Daniel v. Studio Movie Grill | Alonso |
| 1:18-cv-07226 | Central States, Southeast and Southwest Areas Pension Fund et al v. Friedlander Rodriguez | Alonso |
| 1:19-cv-00244 | Sea Scouts of Chicago | Alonso |
| 1:19-cv-02199 | Edwards v. Village of Broadview et al | Alonso |

**Civil Referral Cases Reassigned to Magistrate Judge Finnegan**

| | | |
|---|---|---|
| 1:16-cv-09458 | Henderson v. Pfister et al | Coleman |
| 1:19-cv-0236 | Henderson v. Illinois Department Of Corrections et al | |
| 1:18-cv-03544 | Frazier-Hill v. Chicago Transit Authority | Castillo |
| 1:18-cv-06326 | Richburg v. Walter Lagestee, Inc. et al | Blakey |
| 1:18-cv-07151 | Rice v. National Beverage Corporation d/b/a LaCroix Sparkling Waters | Gottschall |
| 1:19-cv-00020 | Jackson-Pope v. Social Security Administration et al | Alonso |
| 1:19-cv-01654 | Kamp v. Life Insurance Company of North America | Chang |

**Civil Referral Cases Reassigned to Magistrate Judge Fuentes**

| | | |
|---|---|---|
| 1:15-cv-03187 | Washtenaw County Employees' Retirement System v. Walgreen Co. et al | Coleman |
| 1:17-cv-02127 | Singer et al v. PrimeSource Health Group LLC et al | Gettleman |
| 1:17-cv-05409 | Cavelle v. Chicago Transit Authority et al | Dow |
| 1:18-cv-07984 | Altrua Partners Corp. v. Comfort DTC, Inc. | Alonso |
| 1:19-cv-00561 | Prelipceanu v. Jumio Corporation | Gettleman |
| 1:19-cv-02298 | Allied World Insurance Company v. Baber, M.D. et al | Ellis |

**Civil Referral Cases Reassigned to Magistrate Judge Gilbert**

| | | |
|---|---|---|
| 1:16-cv-05028 | Wilson v. Holmes et al | Alonso |
| 1:18-cv-02802 | Buonavolanto v. LG Electronics U.S.A., Inc. et al | Tharp |
| 1:18-cv-04773 | Gholar v. Norfolk Southern Corporation | Dow |
| 1:18-cv-06756 | Mackey et al v. IDT Energy, Inc. | Bucklo |
| 1:18-cv-08434 | Helms v. Village of Clarendon Hills, Illinois | Ellis |
| 1:19-cv-01358 | Hunter v. Arriaga et al | Tharp |
| 1:19-cv-03636 | Midwest Operating Engineers Welfare Fund et al v. J & L Excavating, Inc. | Guzman |

**Civil Referral Cases Reassigned to Magistrate Judge Harjani**

| | | |
|---|---|---|
| 1:14-cv-02280 | County of Cook v. Bank of America Corporation et al | Bucklo |
| 1:17-cv-00080 | Trustees of the Will County Local 174 Carpenters Pension Trust Fund and Will County Local 174 Welfare Fund v. Carlson Constructors Corp, an Illinois Corporation | Durkin |
| 1:17-cv-04242 | Chicago Regional Council of Carpenters Pension Fund et al v. Carlson Constructors Corp. et al | |
| 1:17-cv-09219 | Yates v. Checkers Drive-in Restaurants, Inc. et al | Coleman |
| 1:18-cv-03815 | Aarup v. Ashford Place Condominiums Association et al | Alonso |
| 1:18-cv-05978 | Lauric v. United States of America | Gettleman |
| 1:18-cv-07512 | Akpa v. Northwestern Memorial Healthcare et al | Lee |
| 1:19-cv-00529 | NOOR Staffing Group LLC v. Staff Management Solutions, LLC et al | Gettleman |

**Civil Referral Cases Reassigned to Magistrate Judge Kim**

| | | |
|---|---|---|
| 1:14-cv-03385 | U.S. Equal Employment Opportunity Commission v. Autozone, Inc. | Dow |
| 1:17-cv-01551 | Nally Jr. v. Obaisi | Coleman |
| 1:17-cv-02902 | Nally Jr. v. Obaisi et al | |
| 1:18-cv-00282 | Travis v. Illinois Department of Corrections et al | Dow |
| 1:18-cv-03928 | Alvarado et al v. Patel et al | Alonso |
| 1:18-cv-07884 | Nan v. DGW Legacy, Inc. et al | Tharp |
| 1:19-cv-00548 | Hurst v. Witz et al | Feinerman |

| | | |
|---|---|---|
| 1:19-cv-02232 | Gutierrez v. Karadsheh et al | Pallmeyer |

**Civil Referral Cases Reassigned to Magistrate Judge Schenkier**

| | | |
|---|---|---|
| 1:16-cv-01929 | Ignite USA, LLC v. Pacific Market International, LLC | Bucklo |
| 1:17-cv-05343 | Trujillo v. Rockledge Furniture LLC | Kendall |
| 1:18-cv-01733 | Tyson v. Cook County Jail et al | Bucklo |
| 1:18-cv-06730 | Bulger v. Will County et al | Gettleman |
| 1:19-cv-01334 | McDuffy v. Northwestern Memorial Hospital | Kennelly |
| 1:19-cv-03040 | Stokes v. University Club of Chicago et al | Feinerman |

**Civil Referral Cases Reassigned to Magistrate Judge Valdez**

| | | |
|---|---|---|
| 1:12-cv-06284 | Frey Intercontinental Hotels Group Resources, Inc et al | Tharp |
| 1:16-cv-07024 | Walker v. White et al | Shah |
| 1:18-cv-04028 | Walker v. White et al | |
| 1:17-cv-06041 | Sikic v. Illinois Department of Transportation | Blakey |
| 1:18-cv-02927 | Rose v. USA | Gettleman |
| 1:18-cv-05269 | 7-Eleven, Inc. v. Shakti Chicago, Inc. et al | Coleman |
| 1:18-cv-07075 | Wang v. Hartford Fire Insurance Company, The | Norgle |

**Civil Referral Cases Reassigned to Magistrate Judge Weisman**

| | | |
|---|---|---|
| 1:13-cv-05037 | Dobbey v. Carter | Dow |
| 1:16-cv-10305 | Barker v. Obaisi et al | Bucklo |
| 1:17-cv-08856 | Stewart v. Susan Shebel et al | Bucklo |
| 1:18-cv-03721 | Papierski v. Simm Associates, Inc. | Norgle |
| 1:18-cv-05681 | Socha v. City of Joliet | Alonso |
| 1:19-cv-00410 | Cunigan v. The CMI Group GP, LLC | Alonso |
| 1:19-cv-01541 | Varatec, LLC v. Comcast Broadband Security, LLC et al | Coleman |
| 1:19-cv-01543 | Varatec, LLC v. ADT, LLC d/b/a ADT Security Services | |

**Criminal Case Reassigned to Magistrate Judge Cummings**

1:19-cr-00339	USA v. Ortiz-Tapia

**Criminal Case Reassigned to Judge Fuentes**

1:14-cr-00234	USA v. Suppressed

**Criminal Case Reassigned to Magistrate Judge Gilbert**

1:14-cr-00393	USA v. Waterford et al

**Criminal Case Reassigned to Magistrate Judge Harjani**

1:18-cr-00453	USA v. Houskin et al	Dow

**Criminal Case Reassigned to Magistrate Judge Schenkier**

1:18-cr-00895	USA v. Verdino

**Criminal Case Reassigned to Magistrate Judge Valdez**

1:14-cr-00388	USA v. Suppressed

**Criminal Case Reassigned to Magistrate Judge Weisman**

1:18-cr-00082	USA v. Blackman

**Miscellaneous Cases Reassigned to Magistrate Judge Cole**

14M687
16M445
17M476
18M354
18M829
19M265

**Miscellaneous Cases Reassigned to Magistrate Judge Cox**

16M442
17M440
18M245
18M569
19M263

**Miscellaneous Cases Reassigned to Magistrate Judge Cummings**

15M138
16M446
17M477
18M359
19M92
19M266

**Miscellaneous Cases Reassigned to Magistrate Judge Finnegan**

15M139
16M452
17M481
18M360
19M93
19M273

**Miscellaneous Cases Reassigned to Magistrate Judge Fuentes**

16M345
17M339
17M486
18M442
19M97
19M278

**Miscellaneous Cases Reassigned to Magistrate Judge Gilbert**

16M358
17M342
17M489
18M560
19M98

**Miscellaneous Cases Reassigned to Magistrate Judge Harjani**

16M360
17M345
18M243
18M568
19M262

**Miscellaneous Cases Reassigned to Magistrate Judge Kim**

16M443
17M474
18M253
18M571
19M264

**Miscellaneous Cases Reassigned to Magistrate Judge Schenkier**

15M245
16M593
17M482
18M400
19M95
19M274

**Miscellaneous Cases Reassigned to Magistrate Judge Valdez**

16M224
17M485
18M441
19M96
19M277

**Miscellaneous Cases Reassigned to Magistrate Judge Weisman**

16M359
17M343
18M119
18M561
19M99